1  AARON D. FORD
   Nevada Attorney General
2  SCOTT H. HUSBANDS
   Senior Deputy Attorney General
3  Nevada Bar No. 11398
4  Office of the Attorney General
   5420 Kietzke Lane, Suite 202
5  Reno, NV 89511
   (775) 687-2142 (phone)
6  (775) 688-1822 (fax)
7  Email: shusbands@ag.nv.gov
   *Attorneys for Defendant*

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

| | |
|---|---|
| JIMMY ELLISON, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *ex rel*. OFFICE OF THE MILITARY; DOES I through X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 3:23-cv-00598-LRH-CLB<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff JIMMY ELLISON ("Plaintiff" or "Mr. Ellison"), by and through his counsel of record, Dana Sniegocki, Esq. of HKM Employment Attorneys LLP, and Defendant STATE OF NEVADA, EX REL. ITS OFFICE OF THE MILITARY ("Defendant" or "OOM"), by and through its attorneys, AARON D. FORD, Attorney General for the State of Nevada, SCOTT H. HUSBANDS, Senior Deputy Attorney General, hereby submit this Stipulation, Request, and Order To Extend Time To Respond To First Amended Complaint. This is the first request for an extension of time by the parties.

Plaintiff filed his Complaint (ECF No. 1) on November 27, 2023 (the "Complaint"). Plaintiff filed his First Amended Complaint on January 3, 2024 (ECF No. 5). Plaintiff effected service of his First Amended Complaint on Defendant on January 22, 2024. Pursuant to Federal

Rule of Civil Procedure 12(a), the deadline for the Agency Defendants to answer or otherwise respond to the First Amended Complaint was Monday, February 12, 2024.

On February 12, 2024, Defendant's counsel concluded that he would not be able to complete and file Defendant's responsive pleading that day. Prior to February 12, 2024, Defendant's counsel had been involved in several complex litigation matters that fully consumed much of the 21-day period set forth in FRCP 12(a). In addition, several unexpected issues arose that further took away from Defendant's counsel's ability to prepare and file Defendant's first responsive pleading by February 12, 2024. On the morning of February 12, 2024, Defendant's counsel reached out to Plaintiff's counsel and counsel met and conferred on an extension of time for Defendant to respond to the First Amended Complaint. Counsel agreed that Defendant's time to respond would be extended for three weeks to Monday, March 4, 2024. As part of this agreement, Defendant agreed to waive any issues regarding effectiveness of service of process.

Pursuant to LR IA 6-1, the parties' inability to request this extension of time on February 12, 2024 was the result of excusable neglect. Specifically, Defendant's counsel, who agreed to draft the stipulation, was handling an unexpected personnel issue with another client. That issue took most of Monday, February 12 and Tuesday, February 13 to address and Defendant's counsel was first able to draft this stipulation on Wednesday, February 14.

Upon agreement by and between the parties, through their respective counsel, the parties request that this Court grant the parties' request for an extension of time for Defendant to file its responsive pleading to the First Amended Complaint. Per the terms of the parties' agreement, Defendant will have up to and including, Monday, March 4, 2024 to file its responsive pleading to the First Amended Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  By entering into this stipulation, neither of the parties waive any rights they have under statute, law, or rule with respect to the First Amended Complaint, except as provided herein.

APPROVED AS TO FORM AND CONTENT this 14th day of February, 2024.

DATED this 14th day of February, 2024.    DATED this 14th day of February, 2024.

HKM EMPLOYMENT ATTORNEYS LLP    AARON D. FORD
Attorney General

By:*/s/ Dana Sniegocki, Esq.*
Dana Sniegocki, Esq.
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
(702) 623-7279
dsniegocki@hkm.com
*Attorneys for Plaintiff*

By:*/s/ Scott H. Husbands, Esq.*
Scott H. Husbands
Senior Deputy Attorney General
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
(775) 687-2142
shusbands@ag.nv.gov
*Attorneys for Defendant*

**IT IS SO ORDERED:**

DATED this __15th__ day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE