AARON D. FORD
Nevada Attorney General
SCOTT H. HUSBANDS
Senior Deputy Attorney General
Nevada Bar No. 11398
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2142 (phone)
(775) 688-1822 (fax)
Email: shusbands@ag.nv.gov
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JIMMY ELLISON, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *ex rel*. OFFICE OF THE MILITARY; DOES I through X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 3:23-cv-00598-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[SECOND REQUEST]** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff JIMMY ELLISON ("Plaintiff" or "Mr. Ellison"), by and through his counsel of record, Dana Sniegocki, Esq. of HKM Employment Attorneys LLP, and Defendant STATE OF NEVADA, EX REL. ITS OFFICE OF THE MILITARY ("Defendant" or "OOM"), by and through its attorneys, AARON D. FORD, Attorney General for the State of Nevada, SCOTT H. HUSBANDS, Senior Deputy Attorney General, hereby submit this Stipulation, Request, and Order To Extend Time To Respond To First Amended Complaint. This is the second request for an extension of time by the parties.

Plaintiff filed his Complaint (ECF No. 1) on November 27, 2023 (the "Complaint"). The plaintiff filed his First Amended Complaint on January 3, 2024 (ECF No. 5). The Plaintiff effected service of his First Amended Complaint on Defendant on January 22, 2024. Pursuant to

Federal Rule of Civil Procedure 12(a), the deadline for the OOM to answer or otherwise respond to the First Amended Complaint was Monday, February 12, 2024.  On February 14, 2024, the parties submitted a stipulation to extend the time for the Defendant to respond to the First Amended Complaint.  (ECF No. 9).  On February 15, 2024, the Court granted the parties' stipulated request for an extension setting the time for filing to Monday, March 4, 2024.  On Monday, March 4, 2024, and Wednesday, March 6, 2024, the parties met and conferred regarding a second request for an extension to file the responsive pleading.  The parties agreed that OOM would have up to and including Monday, March 11, 2024, to submit a responsive pleading to the First Amended Complaint.  In return for agreeing to this extension, OOM agrees to waive any issues as to service of process.  The parties are therefore submitting this stipulation on Monday, March 11, 2024.

On Monday, March 4, 2024, Defendant's counsel concluded that he would not be able to complete and file Defendant's responsive pleading that day.  Prior to March 4, 2024, Defendant's counsel had been involved in several other matters that took time away from his ability to complete the responsive pleading.  Among other things, Defendant's counsel has been involved in a complex multi-hearing involving personnel issues.  Defendant's counsel had also been preparing a lengthy settlement conference statement in a federal lawsuit involving 13 claims against 11 defendants.  On the morning of March 4, 2024, Defendant's counsel reached out to Plaintiff's counsel, and counsel met and conferred on an extension of time for Defendant to respond to the First Amended Complaint.  Counsel initially agreed on an extension until Thursday, March 7, 2024.  On Thursday, March 7, 2024, Defendant's counsel was tied up preparing to leave town for a settlement conference in federal court.  Realizing that it would not be possible to submit the responsive pleading on March 7, 2024, counsel met and conferred by e-mail on March 6, 2024.  The parties agreed that OOM would have until Monday, March 11, 2024, to submit a responsive pleading to the First Amended Complaint.

Pursuant to LR IA 6-1, the parties' inability to request this extension of time prior to March 4, 2024, was the result of excusable neglect.  Specifically, Defendant's counsel, who agreed to draft the stipulation, was tied up on Monday, March 4 preparing for a complex personnel hearing in Carson City the following day.  That preparation and the hearing itself took

all of Monday and Tuesday. By Wednesday, the Defendant's counsel was then consumed with preparing for a complicated settlement conference in federal court on Friday, March 8, 2024. The defendant's counsel also spent all day Thursday preparing for that conference and was tied up in the conference on Friday, March 8, 2024. Upon conclusion of the settlement conference, the Defendant's counsel was traveling back to Reno from Las Vegas and did not return to Reno until 9:00 p.m. Thus, Defendant's counsel was first able to prepare the parties' stipulation on Monday, March 11, 2024.

Upon agreement by and between the parties, through their respective counsel, the parties request that this Court grant the parties' request for an extension of time for the Defendant to file its responsive pleading to the First Amended Complaint. Per the terms of the parties' agreement, Defendant will have up to and including, Monday, March 11, 2024, to file its responsive pleading to the First Amended Complaint.

By entering into this stipulation, neither of the parties waive any rights they have under statute, law, or rule with respect to the First Amended Complaint, except as provided herein.

DATED this 11th day of March 2024.

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Dana Sniegocki, Esq.*
   Dana Sniegocki, Esq.
   101 Convention Center Drive, Suite 600
   Las Vegas, Nevada 89109
   (702) 623-7279
   dsniegocki@hkm.com
   *Attorneys for Plaintiff*

DATED this 11th day of March 2024.

AARON D. FORD
Attorney General

By: */s/ Scott H. Husbands, Esq.*
   Scott H. Husbands
   Senior Deputy Attorney General
   Nevada Bar No. 11398
   State of Nevada
   Office of the Attorney General
   5420 Kietzke Lane, Suite 202
   Reno, Nevada 89511
   (775) 687-2142
   shusbands@ag.nv.gov
   *Attorneys for Defendant*

**IT IS SO ORDERED:**

DATED this  11th  day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3