**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JIMMY ELLISON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, ex. rel. OFFICE OF THE MILITARY, a political subdivision of the state of Nevada; DOES I - X; and ROE CORPORATIONS I -X.<br><br>Defendant. | **CASE NO.: 3:23-cv-598**<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    Plaintiff JIMMY ELLISON by and through his counsel of record, HKM EMPLOYMENT ATTORNEYS, LLP, and Defendant THE STATE OF NEVADA, ex. rel. OFFICE OF THE MILITARY, by and through its counsel of record, hereby stipulate and agree as follows:

    IT IS HEREBY STIPULATED AND AGREED that the Complaint in this case is dismissed with prejudice, with each party to bear its or his own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

The parties respectfully request the court enter an Order approving this stipulation.

Dated:  July 1, 2024                                          Dated: 1st of  July  , 2024

**HKM EMPLOYMENT ATTORNEYS LLP**                **NEVADA OFFICE OF THE ATTORNEY GENERAL**

By: */s/ Dana Sniegocki*                                    By: */s/ Cameron P. Vandenberg*
DANA SNIEGOCKI, ESQ.                                     CAMERON VANDENBERG, ESQ
Nevada Bar No. 11715                                          Nevada Bar No. 4356
E-mail: dsniegocki@hkm.com                             E-mail: cvandenberg@ag.nv.gov
101 Convention Center Dr., Suite 600                 5420 Kietzke Lane, Suite 202
Las Vegas, Nevada 89109                                   Reno, Nevada 89511
Tel: (702) 805-8340                                              Telephone: (775) 687-2100
Fax: (702) 805-8340                                             Facsimile: (775) 688-1822
*Attorney for Plaintiff*                                          *Attorneys for Defendant State of Nevada ex rel. Office of the Military*

**ORDER**

IT IS SO ORDERED:

_____
Anne R. Traum
United States District Judge

DATED: July 2, 2024